McGEHEE *v.* STATE of Arkansas

CR 95-368                                          896 S.W.2d 593

Supreme Court of Arkansas
Opinion delivered April 24, 1995

*William M. Howard, Jr.,* for appellant.

No response.

PER CURIAM. Charles Allen McGehee, by his attorney, William M. Howard, Jr., has filed a motion for a rule on the clerk. His attorney admits by motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases,* 265 Ark. 964 (1979) (per curiam). The motion is, therefore, granted.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.